# *Memorandum*

| | |
|---|---|
| Subject: | Date: |
| United States v. Moghadan, | August 22, 2019 |
| EDCR 19-152(A)-SVW | |
| To: | From: |
| KIRY K. GRAY | REEMA M. EL-AMAMY |
| Clerk, United States District Court | Assistant United States Attorney |
| Central District of California | National Security Division |

FILED
CLERK, U.S. DISTRICT COURT
AUG 23 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

For purposes of determining whether the above-referenced matter, being filed on August 23, 2019:

(a)   should be assigned to the Honorable André Birotte Jr., it

☐ is

☒ is not

a matter that was pending in the United States Attorney's Office (USAO) on or before August 8, 2014, the date the Honorable André Birotte Jr. resigned from his position as the United States Attorney for the Central District of California.

(b)   should be assigned to the Honorable Michael W. Fitzgerald, it

☐ is

☒ is not

(1) a matter that was pending in the Terrorism and Export Crimes Section in the USAO's National Security Division on or before August 3, 2015; (2) a matter pending in the USAO's National Security Section in the USAO's Criminal Division on or before August 3, 2015, or a matter in which the National Security Section was previously involved; (3) a matter pending in the USAO's National Security Division on or after September 14, 2016; or (4) a matter in which Assistant United States Attorney Patrick R. Fitzgerald is or has been personally involved or on which he has personally consulted while employed in the USAO.

REEMA M. EL-AMAMY
Assistant United States Attorney