NICOLA T. HANNA
United States Attorney
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
REEMA M. EL-AMAMY (Cal. Bar No. 237743)
Assistant United States Attorney
Terrorism and Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0552
     Facsimile: (213) 894-2927
     E-mail:    Reema.El-Amamy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ED CR No. 19-00512-SVW |
|---|---|
| Plaintiff, | GOVERNMENT'S SENTENCING POSITION |
| v. | |
| OMID T. MOGHADAM, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Reema M. El-Amamy, hereby files its sentencing position for defendant Moghadam.

//
//
//
//
//

The government's position is based upon the attached statement, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: November 25, 2019	Respectfully submitted,

NICOLA T. HANNA
United States Attorney

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division


/s/ *Reema M. El-Amamy*
REEMA M. EL-AMAMY
Assistant United States Attorney

Attorneys for Applicant
UNITED STATES OF AMERICA

**GOVERNMENT'S POSITION**

On September 17, 2019, defendant Moghadam pled guilty to the Indictment.  The Indictment charges Felon in Possession of Ammunition, in violation of 18 U.S.C. § 922(g)(1).  The government has reviewed the Presentence Report ("PSR"), and has no objections to the PSR, including its guideline calculations.  The government agrees with the United States Probation Office ("USPO") that the Base Offense Level is 20, and agrees that defendant's guideline range after acceptance of responsibility is 30-37 months.  The USPO has recommended a sentence of 37 months.  The government recommends that the Court impose a sentence of 34 months for defendant Moghadam.  The government's recommended sentence includes a three month downward departure that reflects the amount of time defendant Moghadam spent in state custody on a state probation violation related to the instant conduct.  See Plea Agreement at ¶ 3(c); and PSR at ¶ 41.

Defendant Moghadam engaged in serious criminal conduct.  On January 28, 2019, California Highway Patrol Officer Kuhlmann conducted a traffic stop on a vehicle driven by defendant Moghadam.  During a search of the vehicle, law enforcement located 284 rounds of 9mm Luger caliber ammunition, which had all been manufactured outside of the state of California, and thus all moved in interstate commerce.  Defendant Moghadam also possessed magazines for a 9mm handgun, and a partially completed AR-15 style rifle, a manual on how to manufacture an AR-15, and edged weapons (a machete and a Ka-Bar knife).  Defendant Moghadam's passport was located in a diaper bag where the key for the ammunition can was located.  At the time that defendant Moghadam possessed the 284 rounds of ammunition, he was aware that he sustained a felony conviction in 2017.  As such, the

government maintains that a substantial term of imprisonment is appropriate for this defendant.

Defendant Moghadam has previously engaged in criminal activity demonstrating his danger to the community. In 2017, he was convicted of a violation of California Penal Code Section 422(a): Making Criminal Threats, and was ordered to stay away from M.R., S.M. and the Bank of America in Laguna Hills. See PSR at ¶ 36. He was sentenced to 36 months' probation for this crime, but his probation was revoked less than two years later. Moreover, his conviction and sentence in that matter did not deter him from engaging in additional criminal conduct.

The government agrees with the USPO that the aggravating factors in this case outweigh the mitigating factors, and that a substantial sentence is necessary to achieve the goals of sentencing. The government recommends that the defendant be sentenced to 34 months' imprisonment. The government further recommends that the defendant be placed on supervised release for three years, and be ordered to pay a special assessment of $100. The government maintains that the sentence takes into consideration the 18 U.S.C. § 3553(a) factors, and is not greater than necessary to achieve those goals. It

//
//
//
//
//
//
//
//

reflects the very serious nature of the offense, promotes respect for the law, provides just punishment for a serious offense, and affords adequate deterrence to defendant's conduct in a manner that a lower sentence would not.

Dated: November 25, 2019      Respectfully submitted,

NICOLA T. HANNA
United States Attorney

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division


/s/ *Reema M. El-Amamy*
REEMA M. EL-AMAMY
Assistant United States Attorney

Attorneys for Applicant
UNITED STATES OF AMERICA

3